1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    PABLO PIÑA,                                    No.  1:20-cv-01735-NONE-BAM (PC)

12                  Plaintiff,

13          v.                                       ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS REGARDING
14    YSUSI, *et al.*,                               DISMISSAL OF CERTAIN CLAIMS AND
                                                     DEFENDANTS
15                  Defendants.
                                                     (Doc. No. 12)
16

17          Plaintiff Pablo Piña is a state prisoner proceeding *pro se* in this civil rights action pursuant

18    to 42 U.S.C. § 1983.

19          On May 11, 2021, the assigned magistrate judge screened plaintiff's first amended

20    complaint and issued findings and recommendations that this action proceed on two of plaintiff's

21    claims:  a claim for excessive force against defendant Ysusi for shooting plaintiff with a

22    "launcher" after a fight in the prison yard had stopped; and a claim for retaliation against

23    defendant J. Gonzales.  (Doc. No. 12.)  The magistrate judge further recommended that all other

24    claims and defendants be dismissed from this action for failure to state a cognizable claim for

25    relief.  (*Id.*)  The findings and recommendations were served on plaintiff and contained notice that

26    any objections were to be filed within fourteen (14) days after service.  (*Id.* at 9.)  No objections

27    have been filed, and the deadline to do so has expired.

28    ////

                                                     1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 11, 2021, (Doc. No. 12), are adopted in full;

2. This action shall proceed on plaintiff's first amended complaint, filed April 26, 2021, (Doc. No. 10), against defendant Ysusi for excessive force in violation of the Eighth Amendment and against defendant J. Gonzales for retaliation in violation of the First Amendment;

3. All other claims and defendants are dismissed from this action for failure to state a cognizable claim for relief; and

4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **July 13, 2021**                          _____
                                                      UNITED STATES DISTRICT JUDGE