# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PIÑA,<br><br>    Plaintiff,<br><br>    v.<br><br>YSUSI, *et al.*,<br><br>    Defendants. | Case No.: 1:20-cv-01735-JLT-BAM (PC)<br><br>ORDER THAT INMATE PABLO P. PIÑA IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Pablo P. Piña is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on January 14, 2022. Inmate Pablo P. Piña, CDCR #D-28079, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE