# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PIÑA,<br><br>         Plaintiff,<br><br>   v.<br><br>YSUSI, *et al.*,<br><br>         Defendants. | Case No.  1:20-cv-01735-JLT-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff Pablo P. Piña ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendant Ysusi for excessive force in violation of the Eighth Amendment and against Defendant J. Gonzales for retaliation in violation of the First Amendment.

On October 25, 2021, the Court set this case for a January 15, 2022 settlement conference and stayed the action to allow the parties an opportunity to settle their dispute.  (ECF No. 22.)  As the case did not settle, (ECF No. 31), the Court finds it appropriate and necessary to lift the stay.  This case is now ready to proceed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 22), is LIFTED;
2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to Defendants; and

1

3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **January 18, 2022**         /s/ *Barbara A. McAuliffe*       _
                                        UNITED STATES MAGISTRATE JUDGE

2