UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PIÑA,<br><br>           Plaintiff,<br><br>    v.<br><br>YSUSI, *et al.*,<br><br>           Defendants. | Old Case No.: 1:20-cv-01735-JLT-BAM (PC)<br><br>New Case No.: 1:20-cv-01735-BAM (PC)<br><br>ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE CONSENT OF ALL PARTIES |

      Plaintiff Pablo P. Piña is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c)(1), the Court is informed that all parties have consented to conduct all further proceedings in this action before a U.S. Magistrate Judge, including trial and entry of judgment.  (Doc. 6 (Plaintiff's consent); Doc. 35 (Defendants' consent).)  Accordingly, the Court HEREBY ASSIGNS this action to U.S. Magistrate Judge Barbara A. McAuliffe for all further purposes and proceedings.  Further papers shall bear the new case number **1:20-cv-01735-BAM (PC)**.  The U.S. District Judge will take no further action in this case.

IT IS SO ORDERED.

    Dated:   **February 1, 2022**

                                                      UNITED STATES DISTRICT JUDGE

1